# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-CR-0009-RCJ (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 23, 2010 |
| FERNANDO GARCIA-TORRES, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion to Withdraw Contract of Waiver of Rights Under Interstate Agreement of Detainers (Doc. #24). Plaintiff has no opposition to the Motion. Therefore,

Defendant's Motion to Withdraw Contract of Waiver of Rights Under Interstate Agreement of Detainers (Doc. #24) is **GRANTED**. The Defendant will be transferred from Ely State Prison to the Washoe County Detention Center pending trial.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk